■ In the Matter of BRUCE WHITE, Individually and as President of Amalgamated Transit Union Local 1054, et al.,

Respondents, v CITY OF JAMESTOWN et al., Respondents, and COUNTY OF CHAUTAUQUA et al., Appellants. [664 NYS2d 697] —Motion for permission to appeal granted; motion otherwise denied. Memorandum: To the extent that the order of Supreme Court is not appealable as of right (*see,* CPLR 5701 [b] [1]), we grant the motion for permission to appeal (*see,* CPLR 5701 [c]). The stay obtained pursuant to CPLR 5519 (a) (1) stays only proceedings to enforce an order, and a trial is not a proceeding to enforce an order (*see, Baker v Board of Educ.,* 152 AD2d 1014). That the order, as an incident to other relief, directs the parties to proceed to trial does not make the trial a proceeding to enforce the order. To the extent that *Matter of Pickerell v Town of Huntingon* (219 AD2d 24) holds otherwise, we decline to follow it. The motion to expedite the appeal is premature (*see,* 22 NYCRR 1000.10 [d]; 1000.13 [m]). Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.